JOSH FERGUSON, as Administrator of the Estate of HERMAN NEWTON, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants.—

In our opinion the evidence adduced was sufficient to establish, prima facie, a willful and intentional killing, and a presumption arose therefrom that it was committed without justification or just cause. The proof was sufficient, in the absence of evidence on the part of the defendants to meet this presumption, to satisfy the burden of proof imposed on the plaintiff and to overcome any presumption which might otherwise have arisen that the officer acted lawfully. (Cf. *People* v. *Sandgren*, 302 N. Y. 331; *People* v. *McCarthy*, 110 N. Y. 309, and *Cassidy* v. *Cady*, 49 Misc. 478.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 665.]

JOHN HARDING, Appellant, v. F. H. LA GUARDIA, as Mayor of the City of New York, et al., Respondents.—

It appears that no action is pending. It also appears that neither the appellant Harding personally, nor any attorney at law entitled to practice in the courts of this State, acting on his behalf, ever commenced an action in the Supreme Court of this State or took any appeal to this court. Under the circumstances we are required to dismiss the appeal. We have, nevertheless, examined the papers and find that there is no merit to the appeal. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.